**Van−123** [Dismissal Order] (Rev. 07/04)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 08−02186−TBB13 |
| Kara Noel Phillips | **Chapter** 13 |
| **SSN:** xxx−xx−3927 | |
| **Debtor(s)** | |

## ORDER ON DISMISSAL OF CHAPTER 13 PROCEEDINGS

This matter came before the Court on **6/29/2010** for a hearing on the **Chapter 13 Trustee's Motion to Dismiss**. The motion was denied conditioned upon the Debtor meeting certain requirements. The Chapter 13 Trustee has notified the Court of the Debtor's non−compliance by filing a Notice of Continuing Default on **12/22/2010.** It appears to the Court that the Trustee's Motion to Dismiss is due to be **GRANTED.**

It is therefore **ORDERED, ADJUDGED, and DECREED** that the Trustee's Motion to Dismiss Chapter 13 case is **GRANTED** and this case is **DISMISSED.**

Dated:   December 27, 2010

/s/ Thomas B Bennett
United States Bankruptcy Judge

mwb